UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GEORGE MORRIS, SHANNON BOYD,
RYAN COLEMAN and BARRY
DAMICO,

        Plaintiffs,

v.                                Case No: 6:17-cv-1465-Orl-40GJK

TRUGREEN LIMITED PARTNERSHIP,

        Defendant.
_____/

## ORDER

This cause is before the Court on Plaintiffs' Motion to Approve Revised Settlement Agreement and To Dismiss Action with Prejudice (Doc. 84) filed on May 30, 2019. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter and noting that a Joint Notice of No Objection to Report and Recommendations (Doc. 85) was filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed June 3, 2019 (Doc. 85), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion to Approve Revised Settlement Agreement and To Dismiss Action with Prejudice (Doc. 84) is **GRANTED**.

3. This case is **DISMISSED with prejudice**.

4. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on June 4, 2019.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties